UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF FLORIDA
CASE NO. 14-23767-CIV-KING

ALEJANDRO AMODEI, and others similarly-situated,

    Plaintiffs,

vs.

CARPACCIO, INC., a Florida corporation, and PIERO FILPI and MANUEL N. PAUCAR, individually,

    Defendants.
_____/

## NOTICE OF CHARGING LIEN

NOTICE IS HEREBY GIVEN that Eddy O. Marban, Esq., counsel for Plaintiff, ALEJANDRO AMODEI, and hereby advises all interested parties, CARPACCIO, INC., PIERO FILPI and MANUEL N. PAUCAR., that he has a charging lien for attorney's fees and costs incurred pursuant to the contract with ALEJANDRO AMODEI, which attorney's fees and costs should be paid from the amount of any judgment and/or settlement reached in this case. A written contract was entered into with Plaintiff, ALEJANDRO AMODEI.  Pursuant to the terms of the contract, the attorney is entitled to be paid attorney's fees and costs incurred in prosecuting Plaintiff's case.

WHEREFORE, Eddy O. Marban Esq., prays that the Court imposes a charging lien upon the proceeds of settlement or in the event that a judgment is entered against Defendants or a settlement is reached.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via transmission of Notices of Electronic Filing generated by CM/ECF to Stephanie Piderman, Esq., 1221 Brickell Avenue, 19th Floor, Miami, Florida 33131; and via U.S. Certified Mail, Return-Receipt Requested *(70142120000354110195)* and First Class Mail to Plaintiff, ALEJANDRO AMODEI, at 6930 Rue Versailles, Apt. 27, Miami Beach, Florida 33141, on this 4th day of August, 2015.

                                                THE LAW OFFICES OF
                                                EDDY O. MARBAN
                                                1600 Ponce De Leon Boulevard, Suite 902
                                                Coral Gables, Florida 33134
                                                Telephone (305) 448-9292
                                                Facsimile (305) 448-9477
                                                E-mail: marbanlaw@gmail.com

                                                By: *s/Edilberto O. Marban*
                                                     EDDY O. MARBAN, ESQ.
                                                     Fl. Bar No. 435960